UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

College Entrance Examination Board

                    Plaintiff(s),

     - against -

Vantage Technologies Knowledge Assessment LLC

                    Defendant(s).

------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-29-09

09 Civ. 5873 (PGG)

ORDER FOLLOWING
PRETRIAL CONFERENCE

As a result of a Pre-Trial Conference held today, it is ORDERED as follows:

1. ~~By_____, 2009, the plaintiff(s)   the defendant(s)~~ The parties ~~shall~~ have stipulated and agreed to transfer this action to the United States District Court for the Eastern District of ~~____~~ Pennsylvania.

2. ~~By_____, 2009, the plaintiff(s)   the defendant(s)   the parties   shall~~

3. ~~By_____, 2009, the plaintiff(s)   the defendant(s)   the parties   shall~~

---

4.

5.

6. The Clerk is directed to Forthwith transfer the action to The Eastern District of Pennsylvania.

7. ~~The Next Conference [the Final Pretrial Conference] will be held on _____, 20__ at ____.~~

P. Kevin Castel
United States District Judge
Part I

Dated: New York, New York
6-26-09